UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID SWICKHEIMER, *On behalf of himself and all others similarly situated,* | ) CASE NO. 2:19-CV-03706 ) ) JUDGE JAMES L. GRAHAM ) |
| Plaintiff, | ) MAGISTRATE JUDGE ) CHELSEY M. VASCURA |
| v. | ) ) **FINAL ORDER AND JUDGMENT** |
| BEST COURIER, INC., *et al.*, | ) **APPROVING THE SETTLEMENT** ) **AND DISMISSING THE ACTION** |
| Defendants. | ) |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed *Joint Stipulation of Settlement and Release* ("Settlement Agreement") attached to the Joint Motion as Exhibit 1, as well as the Individual Payments Allocation Schedule attached as Exhibit 3 (Exhibit A to the Settlement Agreement).

Having reviewed the Settlement Agreement and the Individual Payments Allocation Schedule, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgment Approving the Settlement and Dismissing the Action, as follows:

1. Plaintiffs assert wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, the Constitution of the State of Ohio, Ohio Const. Art. II, Sec. 34a, and Ohio's wage-and-hour statutes, O.R.C. Chapter 4111. Defendants Best Courier, Inc. and Joe Eckart have denied any such violations.

2. The Settlement will cover Named Plaintiff David Swickheimer and the Settlement Opt-In Plaintiffs as provided in the Settlement Agreement and Individual Payments Allocation Schedule, all of whom joined the action by submitting consent forms filed with the Court in accordance with 29 U.S.C. § 216(b), all of whom who have not withdrawn their consent forms, and who have not had their claims dismissed by the Court.

3. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b). There is "a bona fide dispute between the parties as to the employer's liability under the FLSA" and the Settlement is "fair, reasonable, and adequate." *Kritzer v. Safelite Solutions, LLC*, 2012 U.S. Dist. LEXIS 74994, at *17-19 (S.D. Ohio May 30, 2012); *Zego v. Meridian-Henderson*, S.D.Ohio No. 2:15-CV-3098, 2016 U.S. Dist. LEXIS 132320, at *3-4 (Sep. 27, 2016).

4. The Court approves the Settlement Agreement and Individual Payments Allocation Schedule, and orders that the Settlement Agreement be implemented according to its terms and conditions and as directed herein.

5. The Court finds that the Total Settlement Amount, as well as the proposed distributions to the Plaintiffs as listed in the Individual Payments Allocation Schedule, are fair and reasonable. The Court approves the Individual Payments Allocation Schedule and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

6. The Court approves the proposed service award to Named Plaintiff David Swickheimer, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

7. The Court approves and awards the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

8. The Court dismisses this Action as follows:  (1) all claims of the Named Plaintiff and Settlement Opt-In Plaintiffs are hereby dismissed with prejudice and (2) the claims of the Rule 23 putative class members are hereby dismissed without prejudice.  The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment immediately.

9. As requested by the Parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

**SO ORDERED:**

Date:  January 4, 2022

/s/ James L. Graham
JAMES L. GRAHAM
United States District Judge